IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | CRIMINAL ACTION |
| | § | NO.  1:24-CR-00039-MJT |
| v. | § | |
| | § | |
| TPC GROUP LLC, | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| *Defendant*. | § | |
| | § | |

### ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Hawthorn recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Count One of the Information filed against the Defendant. The parties have not objected to Judge Hawthorn's findings.

The court ORDERS that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are ADOPTED. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. It is further ORDERED that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, TPC Group LLC, is adjudged guilty as to Count

1

One of the Information charging violations of 42 U.S.C. §§ 7412(r) and 7413(c)(1), and 18 U.S.C. § 2.

**SIGNED this 6th day of June, 2024.**

_____
Michael J. Truncale
United States District Judge

2