| | | |
|---|---|---|
| DATE     <u>January 10, 2025</u> | CASE NUMBER    <u>1:24CR39</u> | |
| LOCATION    <u>BEAUMONT DIVISION</u> | USA   <u>**Joseph Batte & Christopher Costantini,**</u> Assigned | |
| JUDGE     <u>MICHAEL J. TRUNCALE</u> | VS   <u>**Joseph Batte & Christopher Costantini,**</u> Appeared | |
| DEPUTY CLERK <u>Kimberly Race</u> | | |
| RPTR/ECRO <u>April Hargett</u> | <u>TPC GROUP, LLC</u> | |
| USPO <u>Deanna Splawn</u> | Defendant | |
| INTERPRETER <u>None</u> | | |
| BEGIN <u>9:10 AM, 10:45 AM,</u> | **Brett Ross, Patrick Hurt, Lily Chinn, Nadira Clarke, Jacob Janoe, Ryan Gertz** | |
| Adjourn <u>10:18 AM, 11:12 AM</u> | Attorney | |

Total In-Court Time: **1 HOUR 30 MINS**

## SENTENCING

✓ Sentencing held (DAY 5)      ☐ Sentencing called

✓ Court adopts presentence report    ✓ Court Accepts Plea Agreement

☐ Plea Agreement UNSEALED pursuant to Local Rule CR-49

☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 of the Information | | | | | | |
| | | | | | | |
| | | | | | | |

**SPECIAL CONDITIONS:**

☐ ...... Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

☐ ...... Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

☐ ...... Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.

☐ ...... Dft remanded to the USM.      ☐ Denial of ALL Federal benefits for a period of __ years

☐ ...... Dft ordered to surrender    to    ☐ USM    ☐ designated institution.

☐ ...... Bond continued ☐ previous bond in this case $    type _____ ☐ other case No.

✓ ...... Oral Motion by Defendant to withdraw Plea of Guilty

✓ ...... Oral Order granting Defendant's Oral Motion to Withdraw

☐ ...... Dft failed to appear     ☐ Order for arrest warrant    ☐ bond forfeited.

☐ See reverse/attached for additional proceedings